988

No. 6051. SUTTON v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that certiorari should be granted.

No. 1442. CLEMENT A. EVANS & Co., INC. v. A. M. KIDDER & Co., INC., ET AL. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS and MR. JUSTICE WHITE are of the opinion that certiorari should be granted.

No. 1469. HOMART DEVELOPMENT Co. v. DIAMOND ET AL. Sup. Ct. Cal. Certiorari denied. THE CHIEF JUSTICE and MR. JUSTICE BLACKMUN are of the opinion that certiorari should be granted.

No. 1484. SCHOOP ET AL. v. MITCHELL, ATTORNEY GENERAL, ET AL. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE WHITE took no part in the consideration or decision of this petition.

No. 1491. HOFFA ET AL. v. UNITED STATES. C. A. 6th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. MR. JUSTICE STEWART, MR. JUSTICE WHITE, and MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.

No. 1494. HOBSON ET AL. v. BOARD OF ELECTIONS FOR THE DISTRICT OF COLUMBIA ET AL. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE BLACK, with whom MR. JUSTICE DOUGLAS joins, is of the opinion that certiorari should be granted on the basis of MR. JUSTICE BLACK's dissent in United Public Workers v. Mitchell, 330 U. S. 75, 105 (1947).